# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 10-124 |
| | ) | |
| LISA GERIDEAU-WILLIAMS, | ) | Judge Cathy Bissoon |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the government's Response (Doc. 206), which are incorporated by reference as if fully restated, Defendant's "Motion to Reopen Petitioner's § 2255 Motion Pursuant to F.R.C.P. 60(b)(6)" (**Doc. 201**) is **DENIED**. Defendant's filing does not qualify as a true Rule 60(b) motion pursuant to the standards in Gonzales v. Crosby. *See id.*, 545 U.S. 524 (2005). Accordingly, her request constitutes a second or successive § 2255 petition, and this Court lacks jurisdiction unless and until the Court of Appeals for the Third Circuit grants authorization.[1]

Because jurists of reason would not find debatable the Court's disposition of the instant Motion, a certificate of appealability is denied.

IT IS SO ORDERED.

August 27, 2018

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

---

[1] Even assuming the contrary, the government has shown that Defendant's arguments fail on the merits. *See* Resp. (Doc. 206) at 3 (Defendant's plea agreement bars the instant challenges, and there has been no miscarriage of justice).

cc (via First-Class, U.S. Mail):

Lisa Gerideau-Williams
USMS 32112068
Pekin Federal Prison Camp
P.O. Box 5000
Pekin, IL 61555

cc (via ECF email notification):

All Counsel of Record